IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DELGADILLO JIMINEZ,<br><br>    Petitioner,<br><br>vs.<br><br>DERRAL G. ADAMS,<br><br>    Respondent. | No. 2:03-CV-1857-RRB-JFM P<br><br>**ORDER** |

        Petitioner Jose Delgadillo Jiminez ("Petitioner"), a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 23, 2008, Magistrate Judge John F. Moulds filed Findings and Recommendations (Docket 10) herein which were served on all parties and which contained notice to all parties that any objections to the same were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

ORDER RE JURY INSTRUCTIONS - 1
2:03-CV-1857-RRB-JFM P

      Having reviewed Petitioner's file in its entirety, in conjunction with <u>Gibson v. Ortiz</u>, 387 F.3d 812 (9th Cir. 2004), the Court is desirous to review a <u>complete</u> copy of the jury instructions utilized by the trial court, to include <u>all</u> signed verdict forms, before ruling on the Findings and Recommendations at Docket 10.

      Accordingly, **IT IS HEREBY ORDERED** that:

      Respondent shall have until **Monday, April 7, 2008**, to file a <u>complete</u> copy of the jury instructions utilized by the trial court, to include <u>all</u> signed verdict forms, following which the Court will make its ruling.

      **ENTERED** this 26th day of March, 2008.

//s//
_____
RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER RE JURY INSTRUCTIONS - 2
2:03-CV-1857-RRB-JFM P