| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | |
| | CAROLYN M. WIGGIN, Bar #182732 |
| 3 | Assistant Federal Defender |
| | Designated Counsel for Service |
| 4 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 5 | Telephone: (916) 498-5700 |

Attorney for Petitioner
JOSE DELGADILLO JIMINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE DELGADILLO JIMINEZ, | ) | NO. Civ. S-03-1857 JAM JFM |
| | ) | |
| Petitioner, | ) | |
| | ) | REQUEST FOR APPOINTMENT OF |
| v. | ) | COUNSEL; ORDER |
| | ) | |
| DERRAL G. ADAMS, | ) | |
| | ) | |
| Respondent. | ) | Judge: Hon. John A. Mendez |
| _____ | ) | |

As this Court is aware, it granted Mr. Jiminez's application for a writ of habeas corpus on July 11, 2008, and a final judgment was entered that day. Clerk's Record 16 and 17. Respondent did not appeal from the final judgment. Despite these facts, today Mr. Jiminez remains incarcerated, serving the sentence for the conviction for which he was granted relief.

The Office of the Federal Defender for the Eastern District of California recently became aware of Mr. Jiminez's situation. On

Thursday, April 23, 2009, Assistant Federal Defender Carolyn Wiggin had a telephone conference with Mr. Jiminez regarding the status of his case, and Mr. Jiminez stated that he would like to have the Office of the Federal Defender appointed to represent him in this matter. The Office of the Federal Defender agrees that in this case, where a petitioner appears to be unlawfully incarcerated because no one has followed up on this Court's order granting him habeas relief, the "interests of justice" certainly would be served by the appointment of counsel. 18 U.S.C. § 3006A(a)(2)(B). The Office of the Federal Defender is currently in the process of obtaining a financial affidavit from Mr. Jiminez to demonstrate his indigence. In light of the fact that this matter involves incarceration that has already been ruled unlawful and thus should be dealt with as expeditiously as possible, the Office of the Federal Defender asks that this Court conditionally appoint it to represent Mr. Jiminez with the understanding that a financial affidavit will be filed soon. A proposed order is attached to this request.

Dated: April 23, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ *Carolyn M. Wiggin*

_____
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorney for Petitioner
JOSE DELGADILLO JIMINEZ

ORDER

Good cause appearing, pursuant to 18 U.S.C. § 3006A the Court appoints the Office of the Federal Defender to represent Petitioner Jose Delgadillo Jiminez in this matter.

IT IS SO ORDERED.

Dated: April 23, 2009

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge