IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DELGADILLO JIMINEZ,

    Petitioner,                  No. 2:03-cv-1857 JAM JFM (HC)

   vs.

DERRAL G. ADAMS,

    Respondent.              ORDER

_____/

       Petitioner, a state prisoner proceeding through counsel, has filed a request to proceed in forma pauperis.

       Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

       In accordance with the above, IT IS HEREBY ORDERED that petitioner's request to proceed in forma pauperis is granted.

DATED: May 28, 2009.

                                    UNITED STATES MAGISTRATE JUDGE

/001; jimi1857.ifp

1